# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CV 114-218 |
| $19,000.00 IN UNITED STATES CURRENCY, and | * | |
| $960.00 IN UNITED STATES CURRENCY, | * | |
| Defendants. | * | |

## CONSENT ORDER OF FORFEITURE AND FINAL JUDGMENT

On June 6, 2014, the McDuffie County Sheriff's Office seized $19,000.00 in United States Currency and $960.00 in United States Currency (collectively the "Defendant Currency") from Alfonso Smith ("Claimant"). The Drug Enforcement Administration federally adopted the seizure of the Defendant Currency.

On November 26, 2014, the United States initiated these judicial proceedings by filing a Complaint for Forfeiture in Rem against the Defendant Currency pursuant to 21 U.S.C. § 881(a)(6), 18 U.S.C. § 981(a)(1)(A), because it constitutes property involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956, 1957 and/or 1960. (Doc. no. 1.) The United States Marshals Service arrested the Defendant Currency on December 1, 2014. (Doc. no. 2.)

Claimant was served with a copy of the Complaint and Notice of Forfeiture on or about December 2, 2014. (Doc. no. 5.) In addition to providing Claimant with personal notice that a Complaint for Forfeiture had been filed and that the Defendant Currency had been arrested, the United States notified all other potential claimants by publishing notice on the Government internet website, www.forfeiture.gov, for thirty consecutive days beginning on December 3, 2014. (Doc. no. 11.)

Claimant filed a Claim to the Defendant Currency on January 6, 2015 (doc. no. 8), and an Answer on January 23, 2015 (doc. no. 10). No other Claim was filed, and the time in which to do so has expired.

The parties entered into a Stipulation of Settlement and Release of All Claims resolving all of the issues raised in the Complaint. Specifically, the parties agreed that the United States shall return $12,000.00 in U.S. Currency to Claimant in consideration of Claimant's agreement to forfeit to the United States the remaining $7,960.00 in U.S. Currency, and that this shall constitute a full and final settlement of all claims that Claimant has as a result of the seizure.

WHEREFORE, the parties agree that neither the United States nor Alfonso Smith substantially prevailed in this litigation.

WHEREFORE, the Court hereby finds that the United States

has furnished due and legal notice of the proceeding as required by statute, and that all persons known to the United States to have a possible interest in the Defendant Currency, have received actual notice and service of the Complaint and Warrant for Arrest in this action.

Therefore, IT IS HEREBY ORDERED AS FOLLOWS:

1. A Final Judgment of Forfeiture is hereby entered in favor of the United States against $7,960.00 of the Defendant Currency, which shall be disposed of by the United States according to law and the terms of this Order.

2. The United States Marshals Service shall return $12,000.00 to Claimant. Claimant shall not be entitled to receive any further payment from the United States as a result of the seizure.

3. The parties shall be responsible for payment of their own expenses, including attorney's fees, incurred in connection with this proceeding.

4. For the purpose of enforcing this Order, the United States District Court shall retain jurisdiction for 30 days.

SO ORDERED, this 31st day of July, 2015, in United States of America v. $19,000.00 in U.S. Currency, et al., CV 114-218.

_____
Honorable J. Randal Hall
United States District Judge
Southern District of Georgia